No. 24-50343

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States of America**,
Plaintiff-Appellee,

v.

**Francisco Balderrama**,
Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Texas

**Appellee's Motion to Dismiss Appeal as Untimely
or to Extend Time to File Appellee's Brief
and for Leave to View Sealed Records**

The government moves to dismiss this appeal because Defendant Francisco Balderrama's notice of appeal was untimely. If this Court instead orders more briefing, the government seeks 21 days from that order to file an appellee's brief and leave to view sealed portions of the record on appeal not filed *ex parte* for Balderrama.

## Background

This appeal arises from the denial of Balderrama's motion to reduce his sentence. (ROA.706-13; Def. Br. 5.) Balderrama is serving a life sentence for engaging in a continuing criminal enterprise. *See United States v. Quiroz*, 137 F. App'x 667, 669 (5th Cir. 2005). As one of three leaders of a marijuana-trafficking organization, he ordered at least two murders. *See id.*

In 2023, Balderrama moved for a sentence reduction. (ROA.676-86.) The district court construed his motion as raising several theories: (1) compassionate release, *see* 18 U.S.C. § 3582(c)(1)(A); (2) that amendments to the sentencing guidelines would result in a different sentence today, *see id.* § 3582(c)(2); and (3) a provision lowering sentences for certain cocaine-related offenses. (ROA.706.) The district court denied the motion on April 5, 2024. (ROA.706-11.) According to Balderrama's own certificate of service, he did not deliver a notice of appeal for mailing until 20 days later, on April 25, 2024. (ROA.713.)

Balderrama filed an appellant's brief on July 29, 2024. The government's appellee's brief is due September 13, 2024.

## Argument

### I. Balderrama's appeal is untimely, and this Court should dismiss it in the absence of an extension from the district court.

A criminal defendant must file a notice of appeal within 14 days of the entry of the order being appealed. *See* Fed. R. App. P. 4(b)(1)(A)(i). If an incarcerated defendant files a notice of appeal, the notice is timely filed if it is deposited in the prison's internal mail system on or before the last day for filing. *See* Fed. R. App. P. 4(c)(1). This time limit is "mandatory." *United States v. Hernandez-Gomez*, 795 F.3d 510, 511 (5th Cir. 2015). "[A] defendant may not have his untimeliness disregarded when the Government objects." *United States v. Lister*, 561 F. App'x 415, 416 (5th Cir. 2014). By his own account, Balderrama did not deposit his notice of appeal in the prison's internal mail system until April

25, 2024—more than 14 days after the entry of the order being appealed. (ROA.706-13.) So his notice was untimely.

This Court may choose to remand to the district court for the limited purpose of determining whether there is excusable neglect or good cause to warrant a retroactive extension of time to file. *See United States v. Lewis*, 853 F. App'x 974, 974 (5th Cir. 2021). This Court has construed untimely notices as motions for extensions of time. *See id.* And a district court may grant an extension "[u]pon a finding of excusable neglect or good cause." *See* Fed. R. App. P. 4(b)(4). But this Court "defer[s] to the district court for this determination." *United States v. Golding*, 739 F.2d 183, 183 (5th Cir. 1984). Unless the district court makes that determination in Balderrama's favor—and it has not yet done so—his appeal should be dismissed. *See Hernandez-Gomez*, 795 F.3d at 511.

## II. If this Court orders more briefing, it should extend the time to file an appellee's brief.

No further briefing will be necessary if this Court dismisses this appeal. But if this Court instead orders more briefing, the government requests 21 days from that order to file an appellee's brief. Even if this Court were to order more briefing before addressing the motion to dismiss, that extension would be necessary to accommodate the other demands on government counsel's time, including *United States v. Gatewood,* No. 24-50256, due September 17; *United States v. Botello Vargas,* No. 24-50362, due September 24; and *United States v. Williams,* Nos. 24-50534, -50538, and -50540, due September 26.

### III. If this Court orders further briefing, it should also grant the government leave to view sealed documents in the record on appeal.

Portions of the electronic record on appeal are designated as sealed and have not been provided to the government. Out of an abundance of caution, and to ensure complete review of the appellate record, the government seeks leave to view and obtain all sealed documents not filed *ex parte* for Balderrama.

### Certificate of Conference

Because Balderrama is incarcerated, the U.S. Attorney's office did not attempt to determine his position on this motion.

Respectfully submitted,

Jaime Esparza  
United States Attorney

By: */s/ Joseph H. Gay, Jr.*  
Joseph H. Gay, Jr.  
Assistant United States Attorney

**Certificate of Service**

 I certify that on September 13, 2024, I filed this motion through this Court's electronic case-filing system, which will serve it on all registered counsel. I also certify that on September 13, 2024, I directed that this motion be mailed by certified mail, return receipt requested, to Francisco Rios Balderrama, Reg. No. 27085-180, U.S. Penitentiary Lee, P.O. Box 305, Jonesville, Virginia, 24263.

          */s/ Joseph H. Gay, Jr.*
          Joseph H. Gay, Jr.
          Assistant United States Attorney

## Certificate of Compliance

I certify that

(1) this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 731 words; and

(2) this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Calisto MT font, size 14.

*/s/ Joseph H. Gay, Jr.*
Joseph H. Gay, Jr.
Assistant United States Attorney

Dated: September 13, 2024